# Exhibit A

ROBERTS, TRE C, 33, REDONDO BEACH

**ROBERTS, TRE CHRISTOPHER**

Age: 33
Hair Color: BLK
Eye Color: BRO
Height: 5'11"
Weight: 235

**Last Known Address**
1201 N CATALINA AVE 3163
REDONDO BEACH, CA 90277

**Warrant**
Warrant #: 25-10-16082
Wanted For: THEFT PROP >=$150K<$300K ENH IAT
Court: 9th DISTRICT
Judge: MICHALK
Bail Amount: $50,000.00

**Charges**
23990214 31.03(f) - THEFT PROP >=$150K<$300K ENH IAT

Search Again

This information is provided as a service and is not considered official court record. This information is updated on a regular basis but should not to be used as a confirmation or probable cause that any warrant is active. Information contained herein should not be relied upon for any type of legal action. The Montgomery County Sheriff's Office requests that no citizen take any individual action in this matter. Montgomery County Sheriff's office reserves the right to make changes and improvements at any time and without notice, and assumes no liability for damages incurred directly or indirectly as a result of errors, omissions or discrepancies. The information on this site is considered public record.

# Exhibit B

Received and E-Filed for Record
2/13/2026 9:39 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Braden Gilbert

**CAUSE NO.** 26-02-02458

Liang ZHOU

TRE CHRISTOPHER ROBERTS
PLAINTIFFF
1201 N CATALINA #3163
REDONDO BEACH, CA 90277
1CHRISROBERTS23@GMAIL.COM

**DISTRICT COURT**

**MONTGOMERY COUNTY**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | * | CAUSE No.: |
| | * | |
| **Tre Christopher Roberts** | * | ____________ JUDICIAL DISTRICT |
| | * | Montgomery County - 284th Judicial District Court |
| | * | |
| **VS.** | * | COURT |
| | * | |
| | * | LOCATION: ____________ |
| **Lillene Ebanks** | * | |
| | | MONTGOMERY COUNTY, TEXAS |
| | | **PETITION FOR DECLARATORY JUDGMENT, ACTION TO QUIET TITLE, AND STATUTORY RELIEF** |

Judge: Next Hearing:

**PETITION FOR DECLARATORY JUDGMENT, ACTION TO QUIET TITLE, AND STATUTORY RELIEF**

**CAUSE NO.** Liang ZHOU ____________________

**DISTRICT COURT**

| | | |
|---|---|---|
| **IN THE MATTER OF:**<br><br>**Tre Christopher Roberts**<br><br>**VS.**<br><br>**Lillene Ebanks** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | FILE No.:<br><br><br><br>**PETITION FOR DECLARATORY JUDGMENT, ACTION TO QUIET TITLE, AND STATUTORY RELIEF** |

Judge:

Next Hearing:

## ORIGINAL PETITION FOR DECLARATORY JUDGMENT, ACTION TO QUIET TITLE, AND STATUTORY RELIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Petitioner, **TRE CHRISTOPHER ROBERTS**, files this petition. Petitioner seeks to purge a fraudulent instrument from the public record, restore the record owner's title, and asserts statutory standing under **Texas Civil Practice & Remedies Code Chapter 12** to establish the fraudulent nature of the underlying transaction.

**CAUSE NO.________________**

## I. STATUTORY STANDING & WAIVER OF PENALTY

1.1 The § 12.002 Entitlement: Petitioner brings this action under *Texas Civil Practice & Remedies Code § 12.002*, which provides a civil cause of action against the filing of fraudulent instruments. As a party whose professional name and status were utilized without authorization to give a fraudulent deed the appearance of legal effect, Petitioner is a victim of third-party deception. Under the laws of the State of Texas, Petitioner is thus entitled to statutory damages of at least $10,000, reasonable attorney's fees, and exemplary damages.

1.2 Waiver for Equity: Notwithstanding this clear legal entitlement and the financial injury caused by the third-party's actions, Petitioner hereby waives any and all claims to the $10,000 statutory penalty. Petitioner seeks no windfall or profit from these proceedings.

1.3 Intent of Petitioner: Petitioner's invocation of Chapter 12 is for the exclusive purpose of obtaining a judicial finding that the March 2025 Deed is a fraudulent document **(See Exhibit A)**. Petitioner's sole motive is to be "made whole" through the judicial expungement of his name from this transaction and the immediate, undisputed restoration of the Property to the rightful record owner, LILLENE EBANKS.

## II. THE UNAUTHORIZED AUTHENTICATION (FORGERY)

2.1 Presumptive Validity of Foreign Notarial Acts: Petitioner was presented and relied upon a conveyance instrument bearing the facially valid seal and signature of a Commonwealth of Virginia Notary Public. Pursuant to Tex. Civ. Prac. & Rem. Code *§ 121.001*, an acknowledgment taken outside of Texas but within the United States has the same effect as an acknowledgment taken in Texas. This reliance was based on a close personal and romantic relationship with a third party, through which Petitioner was led to believe the transfer was legitimate.

2.2 Violation of Virginia Notarial Duties: Under Virginia Code § 47.1-15, a notary is strictly prohibited from performing a notarial act if the principal (the Grantor) is not in the notary's presence at the time of the notarization. It is now established that the record owner, LILLENE EBANKS, did not appear before the Virginia Notary.

2.3 Third-Party Fraudulent Inducement: The notarial acknowledgment was an unauthorized fabrication procured by a third party via deception or impersonation. Because the mandatory "Physical Presence" requirement of *Va. Code § 47.1-15* was not met, **the authentication is a legal nullity. Consequently, the resulting deed is void ab initio under Texas law as a forged instrument (See Exhibit B)**.

2.4 Physical Absence and Lack of Oversight: At the time this unauthorized Virginia notarial act was performed, Petitioner was physically located outside the Commonwealth of Virginia and the State of Texas. Petitioner was a stranger to the authentication process, had no communication with the Virginia notary, and had no opportunity to oversee the identity verification process required by Virginia law.

## III. EQUITABLE RENUNCIATION & FAILURE OF CONSIDERATION

3.1 Termination of Transactional Interest: Petitioner has and remains with a lack of intent to acquire or retain any permanent interest in the Property is objectively demonstrated by the voluntary expiration of the business pursuit. Petitioner, evaluating the Property through a professional vetting process, elected to let a contingent funding offer expire in April 2025. This affirmative decision to abandon the transaction occurred months prior to any notice of a title discrepancy, establishing that Petitioner never intended to assert a permanent claim or exercise dominion over the Property, nor does the petitioner intend to start now or in the future.

3.2 Total Failure of Consideration and Possession: It is a fundamental principle of Texas Property Law that a valid conveyance requires a "meeting of the minds" regarding the material terms of the transfer. *See David J. Sacks, P.C. v. Haden, 266 S.W.3d 447, 450 (Tex. 2008).*

A. Absence of Consideration: While a deed may be valid as a gift, in a business context, a conveyance must be supported by valuable consideration. Petitioner received zero financial consideration, loan proceeds, or any tangible benefit from this transaction. Under Texas law, a total failure of consideration is grounds for the rescission of a deed. *See City of Corpus Christi v. S. S. Smith & Sons, Inc.*, 504 S.W.2d 522 (Tex. Civ. App.—Corpus Christi 1973, writ ref'd n.r.e.).

**CAUSE NO.________________**

B. Absence of Possession and Dominion: Under *Texas Property Code § 5.021*, a conveyance of an estate of inheritance, a freehold, or an estate for more than one year, in land and tenements, must be in writing and must be subscribed and delivered by the conveyor. Petitioner never asserted a possessory interest or took "delivery" in a manner that established dominion. Petitioner never sought entry, never altered locks, and never interfered with the record owner's use and enjoyment of the premises.

C. Legal Nullity: In addition to the aforementioned, because there was no exchange of value and no mutual assent between the Petitioner and the record owner, LILLENE EBANKS, the transaction lacks the "concurrence of wills" necessary to effectuate a transfer of title. Consequently, the instrument remains a legal nullity and a cloud on the title that equity must remove.

**3.3 Remedial Restoration of Title and Mandatory Judicial Cancellation**

Immediately upon realizing that the third-party's representations were not aligned with the record owner's intent, Petitioner acted with professional dispatch to clear the public record and mitigate any potential harm to the chain of title.

A. Affirmative Notice and Whistleblowing: Petitioner did not remain passive; rather, he affirmatively contacted the Montgomery County Clerk and the relevant property appraisers to disclose the discovery of the title discrepancy. This contemporaneous disclosure establishes that Petitioner was the party who identified and reported the cloud, rather than the party who sought to profit from the property or hoard it as his own.

B. Mandatory Rescission of a Void Instrument: While Petitioner voluntarily funded the restoration of the status quo from abroad, such restoration is legally Necessitated because the March 2025 Deed is void ab initio. Under Texas Government Code § 406.013 and Va. Code § 47.1-15, a notarial act performed in the absence of the principal is a legal nullity. <u>Because the record owner, LILLENE EBANKS, was never present for the notarization **(See Exhibit B)**, the deed is a forgery as a matter of law. In Texas, a forged deed is "void," not merely "voidable," and passes no title. *See Hennessy v. Blair*, 173 S.W. 871 (Tex. 1915). A court has no discretion to maintain a void instrument in the public record.</u>

**CAUSE NO.____________________**

Once a document is shown to be void for lack of the required statutory acknowledgments, the court must order its cancellation to protect the integrity of the sovereign's property records.

C. Equitable Mistake of Fact and Lack of Delivery: Petitioner's proactive payment of filing fees and the coordination of the Notarized Reversal Deed—conducted while Petitioner was outside the country—confirms that his involvement was based on a Unilateral Mistake of Fact. In Addition, his act of "voluntary restoration" serves as a formal Equitable Rescission of the transaction. *See Humphrey v. Ball*, 917 S.W.2d 128 (Tex. App.—Houston [14th Dist.] 1996) (discussing the court's power to rescind an instrument where a party acts to restore the status quo). However, Because there was no "delivery" with the intent to convey—a mandatory requirement under Tex. Prop. Code § 5.021—the instrument never became effective. Petitioner's subsequent actions do not merely "ask" for rescission; they establish that the instrument is a fraudulent filing that the Court is empowered, and indeed required, to strike pursuant to Tex. Gov't Code *§ 51.903.*

C. Equitable Mistake of Fact: Under the doctrine of Mutual Mistake, a court of equity may reform or rescind an instrument when the parties acted under a misunderstanding of the material facts. *See T.P.R.L., Inc. v. Alias*, 610 S.W.2d 754 (Tex. 1980). Petitioner's conduct—notifying officials and funding the reversal—confirms that his involvement was based on an Equitable Mistake of Fact. His sole objective has been, and remains, the restoration of the rightful owner's fee simple interest, LILLENE EBANKS, and the removal of the cloud on title pursuant to Tex. Prop. Code § 12.002

**IV. PRAYER FOR RELIEF**

Petitioner prays that the Court:

1. Enter a finding that the March 2025 Deed on the above referenced property is a fraudulent instrument pursuant to Tex. Gov't Code § 51.903;

2. Issue a Declaratory Judgment that the Deed is null, void, and of no legal effect;

3. Quiet Title in favor of Lillene Ebanks, striking Petitioner's name from the chain of title;

4. Acknowledge Petitioner's waiver of statutory damages, confirming Petitioner's intent is solely the restoration of legal order and the clearing of his professional name.

**Date : 2/11/2026**

**RESPECTFULLY SUBMITTED,**

**X/S/ TRE CHRISTOPHER ROBERTS**

# Exhibit A

DOC #2025022380

# QUIT CLAIM DEED

This Quit Claim Deed is made on March 06, 2025, by and between Lillene Christy East Bank - Lillene Christy Ebanks, whose address is 28141 FM 1485 Rd, New Caney TX 77357, and Tre Christopher Roberts, whose address is 525 Broadway Apt 1039, Santa Monica CA 90401.

## 1. Transfer of Property

For valuable consideration, the Grantor(s) hereby transfer(s) and release(s) to the Grantee(s) all of the Grantor(s)' rights, title, and interest in the following property located in the State of Texas: 22342 Curly Maple Dr, New Caney TX 77357 Sec 6, BLOCK 2, Lot 11 Pinewood at Grand Texas

## 2. No Guarantees

This transfer is made without any promises or guarantees about the title, condition, or any claims or liens on the property.

## 3. Applicable Laws

This deed is governed by the laws of the State of Texas for matters related to the property and by the laws of the Commonwealth of Virginia for the execution and notarization of this document.

## 4. Signing and Notarization

This deed is signed in the Commonwealth of Virginia and will be notarized according to Virginia law. No witnesses are required.

**Grantor(s):**
Lillene Christy East Bank (Lillene Christy Ebanks)
Lillene Ebanks
______________________________

**Grantee(s):**
Tre Christopher Roberts
______________________________

**NOTARY ACKNOWLEDGMENT**

Commonwealth of Virginia
County/City of Williamburg

On this 6th day of March, 2025, before me, a notary public, personally appeared Lillene Christy Ebanks, who is known to me (or proved to me with satisfactory evidence) to be the person(s) who signed this document and acknowledged that they did so voluntarily for the purposes stated in it.

**Notary Public:** S. Dixon

Sharon Dixon
My Commission Expires: 04/30/2028
Notary Registration Number: 7902482
(See Attached)

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of VIRGINIA )
County of WILLIAMSBURG )

On March 6, 2025 before me, Sharon Dixon, a Notary Public, personally appeared Lillene Christy East Bank (Lillene Christy Ebanks), who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

VIRGINIA

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

SD

WITNESS my hand and official seal.

(seal) Signature S Dixon

SHARON DIXON
Electronic Notary Public
Commonwealth of Virginia
Commission #: 7902482
Commission Expires: 04/30/2028

**Doc #: 2025022380**
**Pages 3**

**FILED FOR RECORD**
03/10/2025 04:15PM

County Clerk
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was filed in the file number sequence on the date and time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**03/10/2025**

County Clerk
Montgomery County, Texas

ORIGINAL RETURNED AT TIME OF RECORDATION

# Exhibit B

DOC #2025055251

2

Gmail

The UPS Store 7330 <store7330ups@gmail.com>

**Special Warrenty Deed with Vendor's Lien**
1 message

**Lillene Ebanks** <lillene_ebanks@yahoo.com> Tue, Jun 3, 2025 at 4:35 PM
To: Lillene Christy Ebanks <lillene_ebanks@yahoo.com>
Cc: store7330ups@gmail.com

Special Warrenty Deed and Vendor's Lien
The State of Texas County of Montgomery Texas

That the undersigned Lillene Christy Ebanks , herein referred to as " Grantor," having a address of 23764 Woodgreen Terrace Drive, New Caney Texas 77357 , for and in consideration of the sum of Ten Dollars ($10) cash, and other good and valuable consideration in hand paid by Grantee, herein named, the full receipt and sufficiency of which is hereby fully acknowledged and confessed, has granted, sold and conveyed, and by these presents does hereby grant, sell, and convey unto Lillene Christy Ebanks , herein referred as " Grantee" having an address of 23774 Woodgreen Terrace Drive, New Caney, Texas 77357, the real property described as:
Lot 11, Block 2, Pinewood at Grand Texas Sec 6, a subdivision i Montgomery County, Texas according to the map or plat thereof recorded in Cabinet z Slide 9276, Map Records of Montgomery County, Texas.

It is hereby agreed that the Vendor's lien as well a superior title in and to the above described premises , is retained against above described property, premises and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Special Warrenty Deed and Vendor's Note , the Vendor's Lien together with the superior title to said property is retained herein for the benefit of said Lender and same as hereby transferred and assigned to said Lender, its successors and

assigns. Lender is currently Shellpoint Mortgage Servicing
address P. O. Box 650840
Dallas Texas 75265-0840
Loan number 0691150304

Doc#2025022380 Quit Claim deed made on March 6, 2025, to grantee Tre Christopher Roberts whose address of 525 Broadway Apt 1039 Santa Monica CA 90401 is void by Statue of Frauds due to lack of consent as I did not consent and the notary stamp is fraud theft of my ID and is not my signiture.

The date of this conveyance is June 6, 2025.

Signiture Grantor Lillene Christy Ebanks
Date 6/3/2025

Notary State of Texas
Montgomery County
Notary Signiture
Lillene Christy Ebanks appeared before me with her Texas Drivers License as proof of identity and signed this Special Warrenty Deed With Vendors Lien
Date 6/3/25

Seal

LAUREN ANNE CLARK
Notary Public, State of Texas
Comm. Expires 02-17-2029
Notary ID 135502555

Sent from Yahoo Mail for iPhone

**Doc #: 2025055251**
**Pages 3**

**FILED FOR RECORD**
06/03/2025 04:53PM

County Clerk
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was filed in the file number sequence on the date and time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**06/03/2025**

County Clerk
Montgomery County, Texas

ORIGINAL RETURNED AT TIME OF RECORDATION

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 111228762
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 2/13/2026 12:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lillene Ebanks | | lillene_ebanks@yahoo.com | 2/13/2026 10:37:11 AM | SENT |

Gmail Christopher Roberts <chrisrobertslawesq@gmail.com>

## Filing Submitted for Case: 26-02-02458; Tre Christopher Roberts VS. Lillene Ebanks; Envelope Number: 111238825

1 message

**no-reply@efilingmail.tylertech.cloud** <no-reply@efilingmail.tylertech.cloud> Sat, Feb 14, 2026 at 2:45 AM
To: chrisrobertslawesq@gmail.com

EFILE TEXAS.gov

# Filing Submitted

Envelope Number: 111238825
Case Number: 26-02-02458
Case Style: Tre Christopher Roberts VS. Lillene Ebanks

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Montgomery County - District Clerk |
| **Date/Time Submitted** | 2/13/2026 12:45 PM CST |
| **Filing Type** | Motion (No Fee) |
| **Filing Description** | Motion For Expedited Hearing |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Tre Roberts |
| **Filing Attorney** | |

**Fee Details**

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

| | |
|---|---|
| Waiver Selected | |
| Case Fees | $0.00 |
| Motion (No Fee) | $0.00 |
| Grand Total | $0.00 |

**Total:**$0.00

| Document Details | |
|---|---|
| **Lead Document** | Motion for expedited hearing mont-merged.pdf |
| **Lead Document Page Count** | 11 |
| **File Copy** | Download Document |
| This link is active for 45 days. | |

For technical assistance, contact your service provider

Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

**CAUSE NO.26-02-02458**

TRE CHRISTOPHER ROBERTS
PLAINTIFF
1201 N CATALINA #3163
REDONDO BEACH, CA 90277
1CHRISROBERTS23@GMAIL.COM

**DISTRICT COURT**

**MONTGOMERY COUNTY**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | * | CAUSE No.: 26-02-02458 |
| **Tre Christopher Roberts** | * | 284th JUDICIAL DISTRICT |
| **VS.** | * | MONTGOMERY COUNTY, TEXAS |
| **Lillene Ebanks** | * | **PLAINTIFF'S MOTION FOR EXPEDITED HEARING** |

Judge: **Hon. Kristin Bays**

Next Hearing: TBD

## PLAINTIFF'S MOTION FOR EXPEDITED HEARING

**CAUSE NO.26-02-02458**

**DISTRICT COURT**
**MONTGOMERY COUNTY**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | * | Cause No.: |
| **Tre Christopher Roberts** | * | |
| **VS.** | * | |
| **Lillene Ebanks** | * | **PLAINTIFF'S MOTION FOR EXPEDITED HEARING** |

Judge: Next Hearing:

## PLAINTIFF'S MOTION FOR EXPEDITED HEARING

**TO THE HONORABLE JUDGE OF SAID COURT:**

1. Plaintiff, **TRE CHRISTOPHER ROBERTS**, appearing Pro Se, respectfully moves the Court for an expedited hearing and a summary finding of fact based on the undisputed evidence that the March 6, 2025 Deed (Doc No. 2025022380) is a forged instrument and a legal nullity. Plaintiff shows the Court as follows:

### I. THE LEGAL EMERGENCY: MARKETABILITY AND TITLE INTEGRITY

2. This is an action to Quiet Title and for Declaratory Judgment regarding the property located at 22342 Curly Maple Dr, New Caney, TX 77357. The existence of the fraudulent March 2025 Deed constitutes a severe cloud on the title, causing immediate and irreparable harm to the

CAUSE NO.26-02-02458

Defendant, **LILLENE EBANKS**, by precluding her from selling, refinancing, or otherwise exercising her fundamental property rights.

3. Under the Texas Declaratory Judgments Act (*Tex. Civ. Prac. & Rem. Code § 37.001 et seq.*), this Court is empowered to declare the rights, status, and legal relations of the parties regarding real property instruments. **Because the instrument in question is void ab initio, equity mandates its immediate cancellation to protect the integrity of the Official Public Records of Montgomery County.**

## II. SUBSTANTIVE LAW: THE DOCTRINE OF VOID AB INITIO

4. It is well-settled Texas law that a forged deed is void from its inception and passes no title. In **Hennessy v. Blair, 173 S.W. 871 (Tex. 1915)**, the **Texas Supreme Court** established that a forged deed is "as absolutely void and ineffective as though it had never existed".

5. Furthermore, in **Lighthouse Church of Cloverleaf v. Tex. Bank, 889 S.W.2d 595 (Tex. App.—Houston [14th Dist.] 1994, writ denied)**, the Court affirmed that because a forged deed is a nullity, no proprietary interest can ever vest in the grantee. Consequently, the "appropriation" of property via a forged instrument is a legal impossibility.

6. The underlying deed is further void for failure to comply with mandatory statutory acknowledgment requirements. Pursuant to ***Va. Code § 47.1-15*** *and* ***Tex. Civ. Prac. & Rem. Code § 121.001***, an acknowledgment is a nullity if the principal was not in the physical presence of the notary. *See also Charumirat v. Simmerman, 2023 WL 142163 (Tex. App.—Houston [14th Dist.] 2023).*

## III. JUDICIAL ECONOMY AND THE UNCONTROVERTED RECORD

7. Principles of Judicial Economy mandate an expedited resolution when no genuine issue of material fact exists. The parties are in total alignment: the Defendant recorded a Special Warranty Deed (Doc No. 2025055251) on June 3, 2025, swearing the March deed was a forgery and the result of Identity Theft **(See Exhibit A)**.

8. Plaintiff has similarly executed an October 2, 2025 Reversal Deed, formally denouncing the transaction as a "fraudulent scheme" with the full intention to restore the status quo **(See Exhibit B)**. Where both the grantor and grantee move to void an instrument, there is no "justiciable controversy" requiring a trial .

## IV. WAIVER OF PROCEEDINGS AND RULING IN FAVOR OF DEFENDANT

9. Plaintiff asserts that the primary objective of this litigation is the ruling of the March 2025 void Ab initio and immediate restoration of the Defendant's fee simple title.

10. **IN THE ALTERNATIVE,** if the Court determines that a formal hearing is unnecessary to establish the Invalidity of the Deed based on the sworn statements and Montgomery county Public Records, Plaintiff hereby waives any further proceedings and requests that the Court Rule in Favor of the Defendant, LILLENE EBANKS, granting the relief sought in the Petition.

## V. PRAYER FOR RELIEF

11. Plaintiff prays that the Court grant this Motion, set an expedited hearing, or in the alternative, enter a Final Judgment based on the undisputed record and the Plaintiff's formal waiver of proceedings to ensure the restoration of legal order to the property records of Montgomery County.

**Date : 2/12/2026**

**RESPECTFULLY SUBMITTED,**

**X/S/ TRE CHRISTOPHER ROBERTS**

# Exhibit A

2

DOC #2025055251

Gmail

The UPS Store 7330 <store7330ups@gmail.com>

**Special Warrenty Deed with Vendor's Lien**
1 message

Lillene Ebanks <lillene_ebanks@yahoo.com> Tue, Jun 3, 2025 at 4:35 PM
To: Lillene Christy Ebanks <lillene_ebanks@yahoo.com>
Cc: store7330ups@gmail.com

Special Warrenty Deed and Vendor's Lien
The State of Texas County of Montgomery Texas

That the undersigned Lillene Christy Ebanks , herein referred to as " Grantor," having a address of 23764 Woodgreen Terrace Drive, New Caney Texas 77357 , for and in consideration of the sum of Ten Dollars ($10) cash, and other good and valuable consideration in hand paid by Grantee, herein named, the full receipt and sufficiency of which is hereby fully acknowledged and confessed, has granted, sold and conveyed, and by these presents does hereby grant, sell, and convey unto Lillene Christy Ebanks , herein referred as " Grantee" having an address of 23774 Woodgreen Terrace Drive, New Caney, Texas 77357, the real property described as:
Lot 11, Block 2, Pinewood at Grand Texas Sec 6, a subdivision i Montgomery County, Texas according to the map or plat thereof recorded in Cabinet z Slide 9276, Map Records of Montgomery County, Texas.

It is hereby agreed that the Vendor's lien as well a superior title in and to the above described premises , is retained against above described property, premises and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Special Warrenty Deed and Vendor's Note , the Vendor's Lien together with the superior title to said property is retained herein for the benefit of said Lender and same as hereby transferred and assigned to said Lender, its successors and

assigns. Lender is currently Shellpoint Mortgage Servicing
address P. O. Box 650840
Dallas Texas 75265-0840
Loan number 0691150304

Doc#2025022380 Quit Claim deed made on March 6, 2025, to grantee Tre Christopher Roberts whose address of 525 Broadway Apt 1039 Santa Monica CA 90401 is void by Statue of Frauds due to lack of consent as I did not consent and the notary stamp is fraud theft of my ID and is not my signiture.

The date of this conveyance is June 6, 2025.

Signiture Grantor Lillene Christy Ebanks
Date 6/3/2025

Notary State of Texas
Montgomery County
Notary Signiture
Lillene Christy Ebanks appeared before me with her Texas Drivers License as proof of identity and signed this Special Warrenty Deed With Vendors Lien
Date 6/3/25

Seal

LAUREN ANNE CLARK
Notary Public, State of Texas
Comm. Expires 02-17-2029
Notary ID 135502555

Sent from Yahoo Mail for iPhone

**Doc #: 2025055251**
**Pages 3**

**FILED FOR RECORD**
06/03/2025 04:53PM

L. Brandon Steinmann
County Clerk
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was filed in the file number sequence on the date and time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**06/03/2025**

L. Brandon Steinmann
County Clerk
Montgomery County, Texas

ORIGINAL RETURNED AT TIME OF RECORDATION

# Exhibit B

**Quit Claim Deed**

**Date of Deed:** 10/02/2025

**1. Parties**

This Quit Claim Deed is made by and between the following parties:

- **Grantor (Releasing Interest): Tre Christopher Roberts**
  - **Address:** 1201 N Catalina, Redondo Beach, CA 90277
- **Grantee (Receiving Interest Back): Lillene Christy Ebanks**
  - **Address:** 28141 FM 1485 Rd, New Caney, TX 77357

## 2. Property Description

For the valuable consideration of rectifying an erroneous transfer, the Grantor, Tre Christopher Roberts, hereby transfers and forever quitclaims to the Grantee, Lillene Christy Ebanks, all of the Grantor's right, title, and interest in the following described property located in the County of **Montgomery**, State of **Texas**:

- **Property Address:** 22342 Curly Maple Dr, New Caney, TX 77357
- **Legal Description:** Sec 6, BLOCK 2, Lot 11 Pinewood at Grand Texas
- **Document History:** This property was originally conveyed to the Grantor by a Quit Claim Deed dated March 06, 2025, and recorded in Montgomery County, Texas, under Document No. 2025022380.

## 3. Statement of Purpose and Release of Liability

This conveyance is explicitly made by the Grantor to **reverse the previous transfer** and restore all interest in the property to the Grantee. The Grantor (Tre Christopher Roberts) makes this transfer to rectify a situation wherein the Grantee (Lillene Christy Ebanks) was scammed in the original transaction. By executing this deed, the Grantor conveys any and all right, title, and interest the Grantor may have in the property back to the Grantee,

**without any covenants or guarantees of title.**

---

4. **WHEREAS,** Lillene Christy Ebanks (hereinafter "Original Owner/Grantee") was the owner of the property described herein;

**WHEREAS,** on or about March 6, 2025, a prior Quit Claim Deed was executed and recorded in the Official Public Records of Montgomery County, Texas, under Document No. 2025022380, which purported to convey the property to Tre Christopher Roberts (hereinafter "Grantor");

**WHEREAS,** the Original Owner/Grantee was the victim of a fraudulent scheme or scam, which resulted in the execution of the aforesaid Quit Claim Deed;

**WHEREAS,** the Grantor was recently made aware of the fraudulent nature of the original transaction subsequent to its conclusion and has determined that the intent of the parties at the time of the original execution was based on a misrepresentation and/or fraud;

**WHEREAS,** the Grantor and the Original Owner/Grantee have an intent to rectify and unwind the prior transfer of record, returning the property to the Original Owner/Grantee and releasing the Grantor from any liability or claim related to the property;

**NOW, THEREFORE,** in consideration of the premises and valuable consideration, the Grantor hereby executes this Quit Claim Deed to effectuate the reversal of the erroneous transfer and restore the property to the Original Owner/Grantee.

---

*Tre Christopher Roberts*

**X /S/ Tre Christopher Roberts**

**Date : 10/02/2025**

State of Texas

County of Harris

Sworn to and subscribed before me

on 10/02/2025 by Tre Christopher Roberts.

NOTARY PUBLIC STATE OF TEXAS

Merryessa Johnese

ID NUMBER
135512375
COMMISSION EXPIRES
April 24, 2029

Electronically signed and notarized online using the Proof platform.

Supreme Court of Wisconsin

BOARD OF BAR EXAMINERS
110 EAST MAIN STREET, SUITE 715
PO Box 2748
MADISON, WISCONSIN 53701-2748
TELEPHONE: (608) 266-9760
FAX: (608) 266-1196

Jacquelynn B. Rothstein
Director

December 23, 2022

Tre Christopher Roberts
1201 North Catalina Avenue, 3163
REDONDO BEACH, CA 90277

# IN-HOUSE COUNSEL REGISTRATION CERTIFICATION

The Wisconsin Supreme Court Board of Bar Examiners certifies that

## Tre Christopher Roberts

is registered as **In-House Counsel** for SafeTown Entertainment Inc. pursuant to Supreme Court Rule 10.03(4)(f).

Wisconsin Supreme Court

BOARD OF BAR EXAMINERS

/s/

April J. Ashley
Bar Application Manager

**Board:** Jesús G. Q. Garza, Chairperson, Madison; Daniel D. Blinka, Vice-Chairperson, Milwaukee; Samuel Christensen, Racine; Timothy D. Edwards, Oregon; Linda S. Isnard, Cedarburg; Kevin M. Kelly, Madison; Scott Needham, Hudson; Kyle J. Sargent, Appleton; Travis Stein, Cottage Grove; Peter Sorce, Germantown; Megan Stelljes, Madison

250T-3HUD-T655

# Texas A&M University

To all to whom these presents may come Greeting
Be it Known that

**Tre Christopher Roberts**

having completed the studies and satisfied the requirements for the Degree of

**Master of Laws**

has accordingly been admitted to that Degree with all the honors, rights and privileges belonging thereto.

Given under the seal of the University at College Station, Texas, on the ninth day of August, A.D., two thousand twenty-five.

Chair, Board of Regents

Chancellor

President of the University

Laws

Secure Credential Validation

TEXAS A&M UNIVERSITY

**CeCredential Trust**
The market leader in the generation of secure, portable digital credentials.

# CeDiploma

## *To validate this credential:*

The CeDiD is located in the upper left-hand corner of the credential (page 1). The CeDiD is a unique identifier and is required for validation. Enter the CeDiD, using the link below to visit the institution's official validation website. Validation includes complete degree information that is time and date stamped by the issuing authority.

1450-8DD2-J1E2
CeDiD
Example Only

For more information on CeCredential Trust, click here.

Validate Now ✓ or visit https://howdy.tamu.edu/main/home#cediplomavalidation

## *To verify the digital signature:*

This credential is certified by **CeCredential Trust** and should read as such. The ribbon signifies that both pages of this document have not been modified since issued. Do not trust this document if any other symbol is displayed.



| Valid and Certified | Error! | Error! |
|---|---|---|
| Authenticity and integrity are verfied | Check internet connection | Authenticity and integrity not verfied |
| TRUST | DO NOT TRUST | DO NOT TRUST |

## Attestation of the Registrar

This **Certified Electronic Diploma (CeDiploma)** acknowledged herein represents satisfactory completion or attainment of education as authorized by the institution identified.

This **CeDiploma (credential)** has legal standing, is non-repudiating, and can be validated through the institution's website to provide absolute confidence in the credential's authenticity.
**Questions should be directed to degree-audit@tamu.edu.**

CeDiploma: Trust then Verify
*CeDiploma®, CeCredential Trust®, and CeDiD®, are Registered Trademarks of CeCredential Trust®.*

*powered by* **Paradigm**

ChooseVA

Veteran Identification Card
TRE C ROBERTS



This card serves as proof of service in the Uniformed Services of the United States and does not reflect entitlement to any benefits administered by the Department of Veterans Affairs.

20241212-81205

Gmail

**Christopher Law <chrisrobertslawesq@gmail.com>**

# Owner Address Change - Tre Christopher Roberts - Account 0079870605200

**Christopher Law** <chrisrobertslawesq@gmail.com> Thu, Oct 2, 2025 at 7:45 AM
To: Ownership Change <ownershipchange@mcad-tx.org>

Hello Stephanie,

I recently discovered some alarming/ disturbing news. As Such, the ownership of this property file should be rectified ASAP. Please see the attachments. The mailed paperwork reflecting actual (current) ownership and proof of identity are already in the mail on the way to Montgomery County.

Best Regards,

Chris

[Quoted text hidden]

---

**QuitClaimdeed.pdf**
493K

Gmail **Christopher Law <chrisrobertslawesq@gmail.com>**

# Owner Address Change - Tre Christopher Roberts - Account 0079870605200

**Christopher Law** <chrisrobertslawesq@gmail.com> Thu, Oct 2, 2025 at 3:00 PM
To: countyclerk@mctx.org

Clerk,

Please see the email thread below

The deed and the payment for this property has been sent should be received by 10/09/2025. The deed should arrive on the 10/06 and the payment will arrive cashiers check separately by 10/09. Also, in abundance of caution the notarized deed is attached to this email.

Best Regards,
Chris

Begin forwarded message:

> **From:** Christopher Law <chrisrobertslawesq@gmail.com>
> **Date:** October 2, 2025 at 7:45:23 AM GMT-5
> **To:** Ownership Change <ownershipchange@mcad-tx.org>
> **Subject: Re: Owner Address Change - Tre Christopher Roberts - Account 0079870**
>
> Hello Stephanie,
>
> I recently discovered some alarming/ disturbing news. As Such, the ownership of this property file should be rectified ASAP. Please see the attachments. The mailed paperwork reflecting actual (current) ownership and proof of identity are already in the mail on the way to Montgomery County.
>
> Best Regards,
>
> Chris
>
> On Fri, May 9, 2025 at 12:34 PM Ownership Change <ownershipchange@mcad-tx.org> wrote:
>
>> Good afternoon,
>>
>> I have updated your address as per your request. Have a great day!!
>>
>> Stephanie Bush, GIS/Mapping
>>
>> Montgomery Central Appraisal District
>>
>> 936-521-8833
>>
>> ***M**otivated, **C**redible, **A**ccountable and **D**ependable*
>>
>> [Quoted text hidden]

**2 attachments**

**image001.png**
256K

**QuitClaimdeed.pdf**
493K



CALIPTO

**CONTRATO DE ARRENDAMIENTO DE INMUEBLE**

Entre los suscritos CALIPTO S.A.S. identificada con NIT 901712380-8, representada por **MARIA CAMILA BAQUERO GIRALDO,** identificada con cédula de ciudadanía número 1.039.470.783 actuando en calidad de Representante Legal, en adelante **el ARRENDADOR,** y **ROBERTS TRE CHRISTOPHER,** identificado con pasaporte número A28439319 en adelante **el ARRENDATARIO,** hemos decidido celebrar el presente contrato de arrendamiento que se regirá por las siguientes cláusulas.

1. **OBJETO DEL CONTRATO.** Mediante el presente contrato el ARRENDADOR entrega a título de arrendamiento el goce del inmueble tipo 1203: (Descripción del Inmueble, linderos y matricula inmobiliaria), ubicado en el edificio BASE LOFT de la ciudad de MEDELLIN (en adelante el INMUEBLE), el cual será exclusivamente destinado para el desarrollo del objeto social y/o usufructo en nombre propio del ARRENDATARIO.

2. **RÉGIMEN DE PROPIEDAD HORIZONTAL:** El Inmueble descrito y alinderado en la Cláusula Primera del presente Contrato, forma parte del Edificio BASE LOFT, el cual se encuentra ubicado en el área urbana de la ciudad de MEDELLIN, (Calle 48 #38-46 int 1203), sometido al Régimen de Propiedad Horizontal.

3. **CANON DE ARRENDAMIENTO Y FORMA DE PAGO.** El canon de arrendamiento mensual será de $2.200.000 (DOS MILLONES DOSCIENTOS MIL PESOS COLOMBIAN M/L), el cual se pagará de manera anticipada por el total del plazo del arrendamiento por un valor equivalente al de $13.200.000 (TRECE MILLONES DOSCIENTOS MIL PESOS COLOMBIAN M/L) se pagará un total de $10.000.000 (DIEZ MILLONES DE PESOS COLOMBIAN M/L) el día de inicio de este contrato y el valor restante $3.200.000 (TRES MILLONES DOSCIENTOS MIL PESOS COLOMBIAN M/L) el 11 de Agosto del 2025.

   El canon se pagará mediante consignación bancaria en la cuenta ahorros BANCOLOMBIA, número 33300005047 cuyo titular es el ARRENDADOR.

4. **DEPÓSITO DE GARANTÍA:** Para el cubrimiento de cualquier eventualidad, obligación pendiente o reparación del inmueble, el ARRENDATARIO deberá consignar, a la firma de este contrato un deposito de garantía equivalente a un canon mensual $2.200.000 (DOS MILLONES DE PESOS COLOMBIAN M/L). Este monto será devuelto al mes siguiente de la terminación del plazo del contrato y sus renovaciones, descontando las reparaciones u obligaciones pendientes del ARRENDATARIO.

5. **INCREMENTO DEL CANON DE ARRENDAMIENTO.** El canon de arrendamiento se incrementará anualmente en el mismo porcentaje que haya aumentado el Índice de Precios al Consumidor el año inmediatamente anterior. Al suscribir este contrato EL ARRENDATARIO y los codeudores, en

CALIPTO

caso de aplicar, quedan plenamente notificados de todos los reajustes automáticos pactados en este contrato y que han de operar durante la vigencia del mismo.

6. **SERVICIOS PÚBLICOS.** El valor de los servicios públicos con que cuenta el INMUEBLE, a saber, energía, agua, alcantarillado y gas natural, será pagado por el ARRENDATARIO.
El ARRENDADOR entrega el INMUEBLE con todos los servicios públicos al día y funcionando.

**PARÁGRAFO 1:** EL ARRENDATARIO se obliga al pago oportuno de dichas cuentas, a conservar las instalaciones respectivas y a someterse a los reglamentos de la empresa prestadora. Si las facturas de los servicios públicos no son canceladas hasta la fecha en que fue habitado al ARRENDADOR o si por culpa de EL ARRENDATARIO son suspendidos algunos o todos los servicios, deberán pagar a EL ARRENDADOR como indemnización una suma igual a la cláusula penal, además de la obligación de cancelar las cuentas atrasadas y los gastos que demande la reinstalación de ellos. El presente documento junto con los recibos cancelados y certificados por EL ARRENDADOR constituye título ejecutivo para cobrar judicialmente al arrendatario y sus garantes, los servicios que dejaren de pagar siempre que tales montos correspondan al periodo en el que estos tuvieron en su poder el inmueble.

**PARÁGRAFO 2:** El Arrendatario reconoce que el Arrendador en ningún caso y en ninguna circunstancia es responsable por la interrupción o deficiencia en la prestación de cualquiera de los servicios públicos del Inmueble. En caso de la prestación deficiente o suspensión de cualquiera de los servicios públicos del Inmueble, el Arrendatario reclamará de manera directa a las empresas prestadoras del servicio y no al Arrendador.

7. **ENTREGA:** El Arrendatario en la fecha de suscripción de este documento declara: (i) recibir el Inmueble de manos del Arrendador en perfecto estado, de conformidad con el inventario elaborado por las partes y que forma parte integrante de este contrato en calidad de Anexo 1, y (ii) que conoce en su integridad el texto del Reglamento de Propiedad Horizontal aplicable al Inmueble y que lo respetará y lo hará respetar en su integridad, documento que se entiende incorporado a este Contrato.

8. **REPARACIONES Y MEJORAS. El ARRENDATARIO** será responsable de las reparaciones locativas del INMUEBLE cuando sean producto del uso normal de éste. El ARRENDADOR sólo será responsable de las reparaciones locativas cuando sean resultado de caso fortuito, fuerza mayor o defectos del INMUEBLE. En cualquier caso, el ARRENDADOR será responsable de las reparaciones necesarias siempre y cuando estas no hayan sido necesarias por culpa del ARRENDATARIO.

**PARÁGRAFO 1.** Si el ARRENDADOR es informado por el ARRENDATARIO de que se requieren reparaciones necesarias y no las realiza en un plazo tal que se amenace la integridad del INMUEBLE

CALIPTO

o que impida la habitación del mismo, el ARRENDATARIO podrá realizarlas con cargo al ARRENDADOR.

**PARÁGRAFO 2.** El ARRENDATARIO sólo podrá realizar reformas y mejoras con permiso expreso del ARRENDADOR, caso en el cual éste no asumirá costo alguno por estas ni las tendrá que pagar al ARRENDATARIO. Las mejoras no podrán retirarse salvo que el ARRENDADOR lo exija por escrito, a lo que el ARRENDATARIO accederá inmediatamente y a su costa, dejando el Inmueble en el mismo buen estado en que lo recibió del Arrendador.

9. **CUOTA DE ADMINISTRACIÓN.** El pago de las cuotas de administración del INMUEBLE, por valor mensual de $250.000 (doscientos cincuenta mil pesos), está incluido en el canon de arrendamiento por lo cual el ARRENDATARIO no efectuará pago alguno por dicho concepto.

En caso de que el INMUEBLE esté sujeto al régimen de propiedad horizontal el ARRENDATARIO se obliga a respetar dicho régimen, manual de convivencia y las demás normas de la copropiedad.

**PARÁGRAFO 1:** Este valor se reajustará automáticamente cada año de acuerdo con la cláusula 4 del presente contrato sin necesidad de requerimiento alguno, no obstante, si la copropiedad decide un aumento superior o inferior al indicado en la cláusula cuarta, EL ARRENDATARIO estará obligado a pagar el reajuste señalado. El ARRENDATARIO y los codeudores renuncian expresamente a los requerimientos para constitución en mora respecto de esta obligación pecuniaria.

10. **DESTINACIÓN.** El ARRENDATARIO, durante la vigencia del Contrato, destinará el Inmueble única y exclusivamente para usufructuó o goce propio. En ningún caso el ARRENDATARIO podrá subarrendar o ceder en todo o en parte este arrendamiento, de conformidad con lo establecido para el efecto en el Artículo 523 del Código de Comercio. En el evento que esto suceda, el ARRENDADOR podrá dar por terminado válidamente el Contrato en forma inmediata, sin lugar a indemnización alguna en favor del ARRENDATARIO y podrá exigir la devolución del Inmueble sin necesidad de ningún tipo de requerimiento previo por parte del ARRENDADOR.

**PARÁGRAFO 1:** El ARRENDADOR declara expresa y terminantemente prohibida la destinación del inmueble a los fines contemplados en el literal b) del parágrafo del Artículo 34 de la Ley 30 de 1986 y en consecuencia el ARRENDATARIO se obliga a no usar el Inmueble para el ocultamiento de personas, depósito de armas o explosivos y dinero de grupos terroristas. No destinará el inmueble para la elaboración, almacenamiento o venta de sustancias alucinógenas tales como marihuana, hachís, cocaína, metacualona y similares. El ARRENDATARIO faculta al ARRENDADOR para que, directamente o a través de sus funcionarios debidamente autorizados por escrito, visiten el Inmueble para verificar el cumplimiento de las obligaciones del ARRENDATARIO.

CALIPTO

11. **PLAZO DEL CONTRATO Y RENOVACIÓN.** El arrendamiento tendrá una duración de 6 meses iniciando el 4 de JULIO de 2025.

Si ninguna de las partes, ya sea unilateralmente o de común acuerdo, manifiestan su intención de terminar el contrato, éste se entenderá renovado por el mismo término inicialmente pactado.

**PARÁGRAFO 1: PRÓRROGAS:** Vencido el primer período de vigencia de este contrato, a menos que alguna de las partes haya comunicado a la otra por correo certificado su intención de darlo por terminado, el contrato se considerará prorrogado en iguales condiciones y por un término igual al inicialmente pactado y así sucesivamente.

12. **RESTITUCIÓN:** Vencido el periodo inicial o la última prórroga del Contrato, el Arrendatario (i) restituirá el Inmueble al Arrendador en las mismas buenas condiciones en que lo recibió del Arrendador, salvo el deterioro natural causado por el uso legítimo, (ii) entregará al Arrendador los ejemplares originales de las facturas de cobro por concepto de servicios públicos del Inmueble correspondientes a los últimos tres (3) meses, debidamente canceladas por el Arrendatario, bajo el entendido que hará entrega de dichas facturas en el domicilio del Arrendador, con una antelación de dos (2) días hábiles a la fecha fijada para la restitución material del Inmueble al Arrendador.

**PARÁGRAFO 1:** No obstante, lo anterior, el Arrendador podrá negarse a recibir el Inmueble, cuando a su juicio existan obligaciones pendientes a cargo del Arrendatario que no hayan sido satisfechas en forma debida, caso en el cual se seguirá causando el canon de arrendamiento hasta que el Arrendatario cumpla con lo que le corresponde.

**PARÁGRAFO 2:** La responsabilidad del Arrendatario subsistirá aún después de restituido el Inmueble, mientras el Arrendador no haya entregado el paz y salvo correspondiente por escrito al Arrendatario.

13. **TERMINACIÓN UNILATERAL DEL CONTRATO.** El incumplimiento del ARRENDATARIO a cualquiera de sus obligaciones legales o contractuales faculta al ARRENDADOR para dar por terminado el contrato y solicitar la restitución del inmueble. Además, las previstas en la ley.

a. Al término del plazo del contrato o de sus prórrogas, dando preaviso por correo certificado con la menos tres (3) meses de antelación cuando se trate de las situaciones de que trata la Ley 820 de 2003, artículo 22, numeral 8:

    I. Cuando lo requiera para su propia habitación por un término mínimo de un año.
    II. Cuando el inmueble deba demolerse para una nueva construcción o vayan a realizarse reparaciones que sólo puedan hacerse con la entrega del mismo.

CALIPTO

III. Cuando sea necesario para dar cumplimiento a un contrato de compraventa sobre el inmueble.

IV. Por el simple deseo del arrendador, siempre y cuando el contrato lleve al menos 4 años ejecutándose. En este último caso el arrendador deberá pagar al arrendatario 1.5 cánones de arrendamiento como indemnización.

b. En cualquier momento por el incumplimiento de las obligaciones del ARRENDATARIO.

I. La no cancelación por parte del arrendatario de las rentas o reajustes dentro del término estipulado en este contrato.

II. La cesión o subarriendo.

III. El cambio de destinatario del inmueble.

IV. La destinación del inmueble para fines ilícitos o contrario a las buenas costumbres, o que represente peligro para el inmueble o la salubridad de sus habitantes.

V. La realización de mejoras, cambios o ampliaciones del inmueble sin expresa autorización por el arrendador.

VI. La no cancelación de los servicios públicos a cargo del arrendatario siempre que origine la desconexión o pérdida del servicio.

VII. El no cumplimiento del arrendatario en el régimen propiedad horizontal, cuando el inmueble este sujeto a él.

VIII. Las demás previstas en la ley.

c. En cualquier momento de las prórrogas dando preaviso con tres (3) meses de antelación por correo certificado y pagando al ARRENDATARIO una indemnización equivalente a tres (3) meses de arrendamiento.

El ARRENDATARIO podrá terminar el contrato:

a. En cualquier momento por el incumplimiento de las obligaciones del ARRENDADOR.

b. Al término del plazo del contrato o de sus prórrogas, dando preaviso por correo certificado con al menos tres (3) meses de antelación.

c. En cualquier momento dando preaviso con al menos tres (3) meses de antelación por correo certificado y pagando al ARRENDADOR una indemnización equivalente a tres (3) meses de arrendamiento.

14. **CLÁUSULA PENAL:** En caso de incumplimiento de las obligaciones contenidas en este contrato o en la ley, la parte incumplida deberá pagar a la otra una suma equivalente a 3 (tres) veces el canon de arrendamiento que se encuentre vigente en el momento en que tal incumplimiento se presente a título de pena. Se entenderá, en todo caso, el pago de la pena y de la indemnización de perjuicios,

CALIPTO

si es el caso y serán reportados a las centrales de riesgos. Este contrato será prueba sumaria suficiente para el cobro de esta pena, el arrendatario y sus codeudores renuncian expresamente a cualquier requerimiento privado o judicial para constituirlos en mora de pago de esta o cualquiera otra obligación derivada del contrato. La suma indicada en esta cláusula será exigible por la vía ejecutiva. De igual forma el incumplimiento de la Ley por parte del arrendador generara un pago de una suma equivalente a tres veces el canon de arrendamiento vigente. El ARRENDATARIO podrá perseguir el pago de esta cláusula penal o de los intereses moratorios, lo que represente un mayor valor, pero no las dos al tiempo.

15. **INSPECCIÓN Y ABANDONO.** El ARRENDADOR podrá inspeccionar el inmueble en días y horas laborales dando aviso al ARRENDATARIO con tres (3) días de anticipación.

    En el evento que el INMUEBLE se encuentre en estado de abandono por dos (2) meses o más de tal forma que se amenace su conservación o integridad, el ARRENDADOR podrá recuperar la tenencia del mismo con la presencia de dos (2) testigos sin que se requiera para ello autorización del ARRENDATARIO.

16. **MÉRITO EJECUTIVO.** En caso de mora en el pago de cualquiera de las sumas de dinero que el ARRENDATARIO deba al ARRENDADOR, este contrato prestará mérito ejecutivo para exigir su cumplimiento.

    Sobre las obligaciones de dinero que se hallen en mora el ARRENDATARIO pagará al ARRENDADOR intereses de mora a la tasa máxima legal autorizada por la ley.

17. **SUBARRIENDO Y CESIÓN.** El ARRENDATARIO no podrá subarrendar el INMUEBLE ni ceder el contrato sin autorización escrita del ARRENDADOR.

18. **ORIGEN DE FONDOS:** Las partes declaran que los bienes objeto del contrato y los recursos con que se paguen las obligaciones derivadas de éste tiene origen y destinación lícita. Así mismo declaran que ninguna de las partes está investigada ni ha sido condenada por actividades relacionadas con narcotráfico, tráfico de estupefacientes, terrorismo, financiación del terrorismo y similares. En el evento en que una de las partes falte a esta obligación o sea vinculada por las autoridades a investigaciones relacionadas con estas conductas, la contraparte podrá dar por terminado el contrato de inmediato sin que haya lugar a indemnización.

19. **DOMICILIO CONTRACTUAL Y NOTIFICACIONES.** Para los efectos de este contrato el domicilio del ARRENDATARIO será el inmueble objeto de este contrato y el de ARRENDADOR será en carrera 43b #16-41 de la ciudad de MEDELLIN.

CALIPTO

20. **CESIÓN DEL CONTRATO.** Los codeudores aceptan expresamente desde ahora cualquier cesión que EL ARRENDADOR haga respecto del presente contrato y ratifican su voluntad de que la notificación de que trata el artículo 1960 del Código Civil se surta con el sólo envío de la nota de cesión acompañada de copia simple del contrato, por servicio postal autorizado, a la dirección registrada en este contrato.

21. **AUTORIZACIÓN:** EL ARRENDATARIO y los codeudores autorizan expresamente al arrendador y su eventual cesionario o subrogatorio para incorporar, reportar, procesar y consultar en bancos de datos la información que se relacione con este contrato o que de él se derive.

22. **ABANDONO DEL INMUEBLE:** Al suscribir este contrato EL ARRENDATARIO faculta expresamente a EL ARRENDADOR para penetrar en el inmueble y recuperar su tenencia, con el sólo requisito de la presencia de dos testigos, en procura de evitar el deterioro o el desmantelamiento del inmueble objeto del presente contrato, siempre que por cualquier circunstancia el mismo permanezca abandonado o deshabitado por el término de un mes o que amenace la integridad física del bien o la seguridad del vecindario o edificio. La misma facultad tendrán los codeudores en caso de abandono del inmueble para efectos de restituirlo al arrendador.

23. **CODEUDORES.** Para garantizar el cumplimiento de lo pactado en este contrato, ANDRES FELIPE SOTO MEJIA, identificado con cédula de ciudadanía número 8.356.714 con domicilio en MEDELLIN, asume de manera solidaria y sin reservas las obligaciones que el ARRENDATARIO tenga con el ARRENDADOR con ocasión de este contrato.

24. **CLÁUSULAS ADICIONALES:** 1. EL ARRENDATARIO en ningún momento podrá exigir indemnización o pago de prima alguna, en el caso de que no sea renovado el contrato por alguna de las partes. 2. El valor facturado por servicios suplementarios, en caso de aplicar, en los servicios públicos serán a cargo del ARRENDATARIO, si no los necesita los puede cancelar. 3. Los diferentes establecimientos de comercio requieren de permisos para su funcionamiento, estos serán a cargo y responsabilidad exclusiva del ARRENDATARIO.

CALIPTO

Para constancia de las partes se firman dos copias idénticas el 1 de Julio de 2025.

**DEL ARRENDADOR**

**DEL ARRENDATARIO**

/S/ Tre Christopher Roberts

**MARIA CAMILA BAQUERO GIRALDO**

**Representante Legal**

**CALIPTO S.A.S.**

**CC.:**

Gmail **Christopher Law <chrisrobertslawesq@gmail.com>**

## Migración Colombia: Trámite dde Prórroga en línea-Pago

**aplicaciones@migracioncolombia.gov.co** <aplicaciones@migracioncolombia.gov.co> Thu, Oct 2, 2025 at 9:52 AM
To: CHRISROBERTSLAWESQ@gmail.com

MIGRACIÓN

**Unidad Administrativa Especial Migración Colombia**
**República de Colombia**

*Solicitud de tramite.*

---

**Señor(a) ciudadano(a):**

Su solicitud de permiso temporal de permanencia(PTP), registrada con el número 25091016285766233 se encuentra pre-aprobada.

Para finalizar esta solicitud es necesario pagar por los derechos de este trámite. Dicho pago podrá realizarlo a través de alguno de los siguientes canales que hemos dispuesto para usted:

***Pago Seguro En línea:*** https://apps.migracioncolombia.gov.co/registro/public/numeroGenerado.jsf

Usuario: **25091016285766233**

Contraseña: **MjU1ODEwMg==**

***Pago en efectivo, tarjeta débito o crédito:*** en uno de nuestros Centros Facilitadores de Servicios Migratorios (ver mapa)

Cordialmente,

**Migración Colombia**
Ministerio de Relaciones Exteriores
servicio.ciudadano@migracioncolombia.gov.co
Bogotá: +57 (1) 6055-454
Línea Nacional Gratuita 018000510454
www.migracioncolombia.gov.co

Este es un mensaje generado automáticamente, agradecemos no dar respuesta.

## Payment Details

| | |
|---|---|
| **Pay To** | Montgomery County |
| **Nickname** | County Clerk |
| **Pay From** | Adv Plus Banking - 5434 |
| **Amount** | $25.00 |
| **Deliver By** | Oct 9, 2025 |
| **Payment Type** | Check |
| **Memo** | Quit Claim Deed -0079870605200 |
| **Note** | QCD |
| **Confirmation** | XW4KX-3CWLY |

Gmail

Christopher Law <chrisrobertslawesq@gmail.com>

## You sent 1 envelope (3 pages)

**Mailform** <support@mailform.io> Thu, Oct 2, 2025 at 7:59 AM
Reply-To: support@mailform.io
To: chrisrobertslawesq@gmail.com

# Order #8a24a0ec-979a-4ab7-ae50-ae5e37768d20

| | |
|---|---|
| **Document Count:** | **2** |
| **Pages Mailed:** | **3** |
| **Recipients:** | **1** |
| **Return Address:** | **Christopher Roberts, 1201 N Catalina Ave, Unit 3163, Redondo Beach CA 90277-8261, United States** |
| **Total:** | **$21.96** |
| **Paid:** | **$21.96** |

View Receipt

| **Contents** | **Sent To:** |
|---|---|
| QuitClaimdeed.pdf<br>image3.pdf | Montgomery County, Montgomery County Clerk, P.O. Box 959, Conroe TX 77305, United States<br>PRIORITY<br>**Estimated Delivery:** October 6, 2025 |

Thank you for using Mailform: the easiest way to print and mail FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer.

If you would like to make a change to your order and it is still within the cancellation window described here, please go to your receipt using the button above. You will be able to change the documents being mailed and the sender or recipient postal addresses. You may need to login to complete your changes. **If the buttons to change your order are not available on your receipt, then your order has already gone to print and cannot be cancelled..**

If you would like to cancel your order and it is still within the cancellation window described here, please go to your receipt using the button above and use the cancel button. You may need to login to cancel the order. **You will need to put a reason for your cancellation and once processed, you'll receive a full refund. If the button to cancel your order is not available on your receipt, then your order has already gone to print and cannot be cancelled.**

Please reach out to us if you have any questions or need additional help.

---

Mailform lets you send FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer

Email: support@mailform.io
Phone: 1-805-395-9596

## Company

About

Privacy

Terms of Service

# Exhibit C

Gmail Christopher Roberts <chrisrobertslawesq@gmail.com>

# ACTUAL NOTICE: Morton Act Exculpatory Evidence | Cause No. 26-02-02458 | Warrant 25-10-16082 | DEFENDANT: TRE C. ROBERTS, LL.M. (U.S. VETERAN)

**postmaster@montgomerycountytexas.onmicrosoft.com** <postmaster@montgomerycountytexas.onmicrosoft.com> Wed, Feb 18, 2026 at 9:27 AM
To: chrisrobertslawesq@gmail.com

**Delivery has failed to these recipients or groups:**

GrandJury.Intake@mctx.org

Your message wasn't delivered. Despite repeated attempts to deliver your message, a connection to the remote server couldn't be made.

Contact the recipient by some other means (by phone, for example) and ask them to tell their email admin that it appears that your email system is unable to connecto their email system. Give them the error details shown below. It's likely that the recipient's email admin is the only one who can fix this problem.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.

**Diagnostic information for administrators:**

Generating server: SA1PR09MB11050.namprd09.prod.outlook.com
Receiving server: SA1PR09MB11050.namprd09.prod.outlook.com

GrandJury.Intake@mctx.org
2/18/2026 1:27:42 AM - Server at SA1PR09MB11050.namprd09.prod.outlook.com returned '550 5.4.317 Message expired, cannot connect to remote server(SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.)'
2/18/2026 1:17:42 AM - Server at mctx.org (173.243.134.13) returned '450 4.4.317 Cannot establish session with remote server [Message=SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.] [LastAttemptedServerName=mctx.org] [LastAttemptedIP=173.243.134.13:25] [SmtpSecurity=-1;-1] [SA2PEPF00003021.namprd09.prod.outlook.com 2026-02-18T01:17:42.881Z 08DE6BCFCEDB5A68](SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.)'

Original message headers:

```
Received: from SA1PR09MB9912.namprd09.prod.outlook.com (2603:10b6:806:283::19)
 by SA1PR09MB11050.namprd09.prod.outlook.com (2603:10b6:806:361::13) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9632.13; Wed, 18 Feb
 2026 00:23:35 +0000
Received: from DS9PR09MB12041.namprd09.prod.outlook.com (2603:10b6:8:2cb::16)
 by SA1PR09MB9912.namprd09.prod.outlook.com (2603:10b6:806:283::19) with
```

Gmail Christopher Roberts <chrisrobertslawesq@gmail.com>

**URGENT: EMERGENCY NOTICE OF WRONGFUL WARRANT & CIVIL LIABILITY | 18 U.S.C. §§ 241, 242 | Warrant 25-10-16082**

**postmaster@montgomerycountytexas.onmicrosoft.com** <postmaster@montgomerycountytexas.onmicrosoft.com>
To: chrisrobertslawesq@gmail.com

Thu, Feb 19, 2026 at 2:40 AM

**Delivery has failed to these recipients or groups:**

Rick.Bass@mctx.org

Your message wasn't delivered. Despite repeated attempts to deliver your message, a connection to the remote server couldn't be made.

Contact the recipient by some other means (by phone, for example) and ask them to tell their email admin that it appears that your email system is unable to connecto their email system. Give them the error details shown below. It's likely that the recipient's email admin is the only one who can fix this problem.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.

**Diagnostic information for administrators:**

Generating server: DM6PR09MB5848.namprd09.prod.outlook.com
Receiving server: DM6PR09MB5848.namprd09.prod.outlook.com

Rick.Bass@mctx.org
2/18/2026 6:40:40 PM - Server at DM6PR09MB5848.namprd09.prod.outlook.com returned '550 5.4.317 Message expired, cannot connect to remote server(SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.)'
2/18/2026 6:30:40 PM - Server at mctx.org (173.243.134.13) returned '450 4.4.317 Cannot establish session with remote server [Message=SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.] [LastAttemptedServerName=mctx.org] [LastAttemptedIP=173.243.134.13:25] [SmtpSecurity=-1;-1] [BY1PEPF00012393.namprd09.prod.outlook.com 2026-02-18T18:30:40.430Z 08DE6BFD61F19404](SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.)'

Original message headers:

Received: from SA1PR09MB10103.namprd09.prod.outlook.com
 (2603:10b6:806:284::16) by DM6PR09MB5848.namprd09.prod.outlook.com
 (2603:10b6:5:262::12) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9632.13; Wed, 18 Feb
 2026 11:46:14 +0000
Received: from EA3PR09MB12070.namprd09.prod.outlook.com
 (2603:10b6:303:2b9::22) by SA1PR09MB10103.namprd09.prod.outlook.com

Gmail **Christopher Roberts <chrisrobertslawesq@gmail.com>**

# ACTUAL NOTICE: Exculpatory Evidence Negating Probable Cause | 25-10-16082| Tre C. Roberts, LL.M. US Veteran

**postmaster@montgomerycountytexas.onmicrosoft.com** <postmaster@montgomerycountytexas.onmicrosoft.com>
To: chrisrobertslawesq@gmail.com

Thu, Feb 19, 2026 at 1:48 AM

**Delivery has failed to these recipients or groups:**

dept.detectives@mctx.org

Your message wasn't delivered. Despite repeated attempts to deliver your message, a connection to the remote server couldn't be made.

Contact the recipient by some other means (by phone, for example) and ask them to tell their email admin that it appears that your email system is unable to connecto their email system. Give them the error details shown below. It's likely that the recipient's email admin is the only one who can fix this problem.

For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.

**Diagnostic information for administrators:**

Generating server: SJ0PR09MB6445.namprd09.prod.outlook.com
Receiving server: SJ0PR09MB6445.namprd09.prod.outlook.com

dept.detectives@mctx.org
2/18/2026 5:48:29 PM - Server at SJ0PR09MB6445.namprd09.prod.outlook.com returned '550 5.4.317 Message expired, cannot connect to remote server(SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.)'
2/18/2026 5:38:29 PM - Server at mctx.org (173.243.134.13) returned '450 4.4.317 Cannot establish session with remote server [Message=SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.] [LastAttemptedServerName=mctx.org] [LastAttemptedIP=173.243.134.13:25] [SmtpSecurity=-1;-1] [BY1PEPF00012390.namprd09.prod.outlook.com 2026-02-18T17:38:29.634Z 08DE6BBF9ECC0E4E](SubjectMismatch. Expected Subject: hybrid.mctx.org. Presented Subject: CN=spam.mctx.org. Thumbprint: C3E7C5DA90BB31FF4A6DA06F4898A34FB162EC21.)'

Original message headers:

```
Received: from DS0PR09MB11809.namprd09.prod.outlook.com (2603:10b6:8:171::8)
 by SJ0PR09MB6445.namprd09.prod.outlook.com (2603:10b6:a03:267::17) with
 Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.9632.13; Wed, 18 Feb
 2026 11:44:08 +0000
Received: from PH0PR09MB11600.namprd09.prod.outlook.com (2603:10b6:510:2ad::9)
 by DS0PR09MB11809.namprd09.prod.outlook.com (2603:10b6:8:171::8) with
```

# Exhibit D

**Quit Claim Deed**

**Date of Deed:** 10/02/2025

**1. Parties**

This Quit Claim Deed is made by and between the following parties:

- **Grantor (Releasing Interest): Tre Christopher Roberts**
  - **Address:** 1201 N Catalina, Redondo Beach, CA 90277
- **Grantee (Receiving Interest Back): Lillene Christy Ebanks**
  - **Address:** 28141 FM 1485 Rd, New Caney, TX 77357

## 2. Property Description

For the valuable consideration of rectifying an erroneous transfer, the Grantor, Tre Christopher Roberts, hereby transfers and forever quitclaims to the Grantee, Lillene Christy Ebanks, all of the Grantor's right, title, and interest in the following described property located in the County of **Montgomery**, State of **Texas**:

- **Property Address:** 22342 Curly Maple Dr, New Caney, TX 77357
- **Legal Description:** Sec 6, BLOCK 2, Lot 11 Pinewood at Grand Texas
- **Document History:** This property was originally conveyed to the Grantor by a Quit Claim Deed dated March 06, 2025, and recorded in Montgomery County, Texas, under Document No. 2025022380.

## 3. Statement of Purpose and Release of Liability

This conveyance is explicitly made by the Grantor to **reverse the previous transfer** and restore all interest in the property to the Grantee. The Grantor (Tre Christopher Roberts) makes this transfer to rectify a situation wherein the Grantee (Lillene Christy Ebanks) was scammed in the original transaction. By executing this deed, the Grantor conveys any and all right, title, and interest the Grantor may have in the property back to the Grantee,

**without any covenants or guarantees of title.**

---

4. **WHEREAS,** Lillene Christy Ebanks (hereinafter "Original Owner/Grantee") was the owner of the property described herein;

**WHEREAS,** on or about March 6, 2025, a prior Quit Claim Deed was executed and recorded in the Official Public Records of Montgomery County, Texas, under Document No. 2025022380, which purported to convey the property to Tre Christopher Roberts (hereinafter "Grantor");

**WHEREAS,** the Original Owner/Grantee was the victim of a fraudulent scheme or scam, which resulted in the execution of the aforesaid Quit Claim Deed;

**WHEREAS,** the Grantor was recently made aware of the fraudulent nature of the original transaction subsequent to its conclusion and has determined that the intent of the parties at the time of the original execution was based on a misrepresentation and/or fraud;

**WHEREAS,** the Grantor and the Original Owner/Grantee have an intent to rectify and unwind the prior transfer of record, returning the property to the Original Owner/Grantee and releasing the Grantor from any liability or claim related to the property;

**NOW, THEREFORE,** in consideration of the premises and valuable consideration, the Grantor hereby executes this Quit Claim Deed to effectuate the reversal of the erroneous transfer and restore the property to the Original Owner/Grantee.

---

Tre Christopher Roberts

**X /S/ Tre Christopher Roberts**

**Date : 10/02/2025**

State of Texas

County of Harris

Sworn to and subscribed before me

on 10/02/2025 by Tre Christopher Roberts.

NOTARY PUBLIC STATE OF TEXAS

**Merryessa Johnese**

ID NUMBER
135512375
COMMISSION EXPIRES
April 24, 2029

Electronically signed and notarized online using the Proof platform.

2

DOC #2025055251

Gmail

The UPS Store 7330 <store7330ups@gmail.com>

**Special Warrenty Deed with Vendor's Lien**
1 message

Lillene Ebanks <lillene_ebanks@yahoo.com> Tue, Jun 3, 2025 at 4:35 PM
To: Lillene Christy Ebanks <lillene_ebanks@yahoo.com>
Cc: store7330ups@gmail.com

Special Warrenty Deed and Vendor's Lien
The State of Texas County of Montgomery Texas

That the undersigned Lillene Christy Ebanks , herein referred to as " Grantor," having a address of 23764 Woodgreen Terrace Drive, New Caney Texas 77357 , for and in consideration of the sum of Ten Dollars ($10) cash, and other good and valuable consideration in hand paid by Grantee, herein named, the full receipt and sufficiency of which is hereby fully acknowledged and confessed, has granted, sold and conveyed, and by these presents does hereby grant, sell, and convey unto Lillene Christy Ebanks , herein referred as " Grantee" having an address of 23774 Woodgreen Terrace Drive, New Caney, Texas 77357, the real property described as:
Lot 11, Block 2, Pinewood at Grand Texas Sec 6, a subdivision i Montgomery County, Texas according to the map or plat thereof recorded in Cabinet z Slide 9276, Map Records of Montgomery County, Texas.

It is hereby agreed that the Vendor's lien as well a superior title in and to the above described premises , is retained against above described property, premises and improvements until the above described note and all interest thereon are fully paid according to the face, tenor, effect and reading thereof, when this Special Warrenty Deed and Vendor's Note , the Vendor's Lien together with the superior title to said property is retained herein for the benefit of said Lender and same as hereby transferred and assigned to said Lender, its successors and

assigns. Lender is currently Shellpoint Mortgage Servicing
address P. O. Box 650840
Dallas Texas 75265-0840
Loan number 0691150304

Doc#2025022380 Quit Claim deed made on March 6, 2025, to grantee Tre Christopher Roberts whose address of 525 Broadway Apt 1039 Santa Monica CA 90401 is void by Statue of Frauds due to lack of consent as I did not consent and the notary stamp is fraud theft of my ID and is not my signiture.

The date of this conveyance is June 6, 2025.

Signiture Grantor Lillene Christy Ebanks
Date 6/3/2025

Notary State of Texas
Montgomery County
Notary Signiture
Lillene Christy Ebanks appeared before me with her Texas Drivers License as proof of identity and signed this Special Warrenty Deed With Vendors Lien
Date 6/3/25

Seal

LAUREN ANNE CLARK
Notary Public, State of Texas
Comm. Expires 02-17-2029
Notary ID 135502555

Sent from Yahoo Mail for iPhone

**Doc #: 2025055251**
**Pages 3**

**FILED FOR RECORD**
06/03/2025 04:53PM

L. Brandon Steinmann
County Clerk
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was filed in the file number sequence on the date and time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**06/03/2025**

L. Brandon Steinmann
County Clerk
Montgomery County, Texas

**ORIGINAL RETURNED AT TIME OF RECORDATION**

# VERIFICATION

I, TRE CHRISTOPHER ROBERTS, Plaintiff in the above-styled action, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff named in the foregoing Verified Original Complaint;
2. I have read the Complaint and am familiar with the factual allegations contained therein;
3. The facts stated in the Complaint are within my personal knowledge and are true and correct;
4. As to those matters stated upon information and belief, I believe them to be true; and
5. The exhibits attached to this Complaint (Exhibits A, B, C and D) are true and correct copies of the original documents they purport to be.

Executed on this 18th day of February, 2026.

---

**/S/ TRE CHRISTOPHER ROBERTS, LL.M.**

*Plaintiff, Pro Se*