United States District Court
Southern District of Texas
ENTERED
April 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TRE CHRISTOPHER ROBERTS, *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-1389 |
| | § | |
| MONTGOMERY COUNTY, ET AL., *Defendants.* | § | |

# MEMORANDUM AND RECOMMENDATION

Plaintiff filed a Complaint on February 20, 2026 asserting civil rights violations against Montgomery County and individual officers related to an arrest warrant for felony theft.[1] ECF 1. No Defendant has appeared. Before the Court is Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. ECF 9.

As noted, no Defendant has appeared in this case. This Court generally will not consider an Ex Parte Motion for TRO without a showing a good cause. *See* FED. R. CIV. P. 65(b)(1). Further, Plaintiff's return to the United States may have eliminated the need for emergency relief. ECF 33. The Court therefore RECOMMENDS that Plaintiff's Emergency Motion for Temporary Restraining

[1] The District Judge referred the case to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 34.

Order and Preliminary Injunction (ECF 9) be DENIED.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on April 28, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge