United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TRE CHRISTOPHER ROBERTS, *Plaintiff,* | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-1389 |
| MONTGOMERY COUNTY, ET AL., *Defendants.* | § | |

**<u>MEMORANDUM AND RECOMMENDATION</u>**

Plaintiff filed a Complaint on February 20, 2026 asserting civil rights violations against Montgomery County and individual officers related to an arrest warrant for felony theft.[1] ECF 1. No Defendant has appeared. Before the Court is Plaintiff's Motion for Preliminary Injunction. ECF 48.

Plaintiff seeks entry of a Preliminary Injunction by default because no Defendant has appeared in this case or responded to his motions. *Id*. By Order entered March 24, 2026, the Court denied Plaintiff's requests for entry of default and struck his motions for default judgment because it appeared at that time that Defendants had not been properly served. Because no Defendant is yet in default and therefore Plaintiff's allegations are not deemed admitted, the Court

[1] The District Judge referred the case to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 34.

RECOMMENDS that Plaintiff's Motion for Preliminary Injunction (ECF 48) be DENIED.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on April 28, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge