RECEIVED AND FILED
FOR RECORD
At 2:10 O'Clock P M.

JAN 29 2026

Melisa Miller, District Clerk
Montgomery, Texas
By ________ Deputy

**THE STATE OF TEXAS**

**V.**

**CHRISTOPHER TRE ROBERTS**
**PID: 2574571**
Co-Defendant(s): Christina Leigh Laugere

**9th District Court**

**Cause No. 25-10-16082-CR**

# INDICTMENT

| Count | Charges | Statute | Degree | DA File # | Agency # |
|---|---|---|---|---|---|
| 1 | THEFT PROP >=$150K<$300K ENH IAT | 31.03(f) | F1 | 25F-005426 | 25A176876 |

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

**THE GRAND JURY,** for the County of Montgomery, State of Texas, duly selected, empaneled, sworn, charged, and organized as such by the 221st Judicial District Court for said County, upon their oaths present in and to said Court that **Christopher Tre Roberts,** on or about **March 06, 2025,** and before the presentment of this indictment, in the County and State aforesaid, did then and there unlawfully appropriate property, to-wit: real property, of the value of $300,000 or more, from Lillene Ebanks, the owner, who was then and there an elderly individual, with intent to deprive the owner of the property,

**Against the Peace and Dignity of the State.**

**Foreman of the Grand Jury**

Minute
JAN 29 2026