**THE STATE OF TEXAS**

**V.**

**Tre Christopher Roberts**
**PID: 2574571**
Related Case(s): 25F-005425

RECEIVED AND FILED FOR RECORD At 12 O'clock P M. APR 07 2026 Melisa Miller, District Clerk Montgomery, Texas By ______ Deputy

**9th District Court**

**Cause No. 26-03-05426 -CR**
**Re-Indictment**

# INDICTMENT

| Count | Charges | Statute | Degree | DA File # | Agency # |
|---|---|---|---|---|---|
| 1 | FORGERY FINANCIAL INSTR >=$150K<$300K ENH IAT | 32.21(e-2) | F1 | 26F-001197 | 25A176876 |

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

**THE GRAND JURY,** for the County of Montgomery, State of Texas, duly selected, empaneled, sworn, charged, and organized as such by the **221st** Judicial District Court for said County, upon their oaths present in and to said Court that **Tre Christopher Roberts,** on or about **March 06, 2025,** and before the presentment of this indictment, in the County and State aforesaid, did then and there with intent to defraud or harm another, issue, transfer, register the transfer of, pass, publish or otherwise utter by filing with the Montgomery County Clerk's Office, a writing that is or purports to be a quit claim deed, that was altered, made, completed, executed, or authenticated so that it purports to be the act of another who did not authorize that act, of the tenor following: SEE ATTACHMENT

It is further alleged that the defendant engaged in conduct to obtain or attempt to obtain a property, namely real property, and the value of the property was more than $150,000 but less than $300,000.

It is further alleged that the defendant committed the offense against Lillene Ebanks, an elderly individual 65 years of age or older.

**Against the Peace and Dignity of the State.**

B. W. Walt
**Foreman of the Grand Jury**

Minute
APR 07 2026

25A176876

DOC #2025022380

# QUIT CLAIM DEED

This Quit Claim Deed is made on March 06, 2025, by and between Lillene Christy East Bank - Lillene Christy Ebanks, whose address is 28141 FM 1485 Rd, New Caney TX 77357, and Tre Christopher Roberts, whose address is 525 Broadway Apt 1039, Santa Monica CA 90401.

## 1. Transfer of Property

For valuable consideration, the Grantor(s) hereby transfer(s) and release(s) to the Grantee(s) all of the Grantor(s)' rights, title, and interest in the following property located in the State of Texas:
22342 Curly Maple Dr, New Caney TX 77357 Sec 6, BLOCK 2, Lot 11 Pinewood at Grand Texas

## 2. No Guarantees

This transfer is made without any promises or guarantees about the title, condition, or any claims or liens on the property.

## 3. Applicable Laws

This deed is governed by the laws of the State of Texas for matters related to the property and by the laws of the Commonwealth of Virginia for the execution and notarization of this document.

## 4. Signing and Notarization

This deed is signed in the Commonwealth of Virginia and will be notarized according to Virginia law. No witnesses are required.

**Grantor(s):**
Lillene Christy East Bank (Lillene Christy Ebanks)
Lillene Ebanks

**Grantee(s):**
Tre Christopher Roberts

**NOTARY ACKNOWLEDGMENT**

Commonwealth of Virginia
County/City of Williamburg

On this 6th day of March, 2025, before me, a notary public, personally appeared Lillene Christy Ebanks, who is known to me (or proved to me with satisfactory evidence) to be the person(s) who signed this document and acknowledged that they did so voluntarily for the purposes stated in it.

**Notary Public:** S. Dixon

Sharon Dixon
My Commission Expires: 04/30/2028
Notary Registration Number: 7902482
(See Attached)

Page 1 of 3

THE STATE OF TEXAS
COUNTY OF MONTGOMERY
CERTIFIED COPY

25A176876

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of VIRGINIA )
County of WILLIAMSBURG )

On March 6, 2025 before me, Sharon Dixon, a Notary Public, personally appeared Lillene Christy East Bank (Lillene Christy Ebanks), who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ VIRGINIA SD that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal) Signature S Dixon

SHARON DIXON
Electronic Notary Public
Commonwealth of Virginia
Commission #: 7902482
Commission Expires: 04/30/2028



Page 2 of 3
THE STATE OF TEXAS
COUNTY OF MONTGOMERY
CERTIFIED COPY

25A176876

**Doc #: 2025022380**
**Pages 3**

**FILED FOR RECORD**
03/10/2025 04:15PM

L. Brandon Steinmann
County Clerk
Montgomery County, Texas

STATE OF TEXAS,
COUNTY OF MONTGOMERY
I hereby certify that this instrument was filed in the file number sequence on the date and time stamped herein by me and was duly RECORDED in the Official Public Records of Montgomery County, Texas.

**03/10/2025**

L. Brandon Steinmann
County Clerk
Montgomery County, Texas

ORIGINAL RETURNED AT TIME OF RECORDATION

I hereby certify that this is a true and correct copy of the original record on file in my office.

L. Brandon Steinmann, County Clerk
Montgomery County, Texas

by A. Hanson Deputy

Issued JUN 0 3 2025