RECEIVED AND FILED
FOR RECORD
At 2:45 O'Clock P M.

OCT 0 1 2025

Melisa Miller, District Clerk
Montgomery, Texas
By ____ Deputy

25-10-16082 9th

# The STATE OF TEXAS

# COMPLAINT

**Affidavit For Warrant of Arrest**

| Count | Charges | Statute | Degree | DA File # | Agency # |
|---|---|---|---|---|---|
| 1 | THEFT PROP >=$150K<$300K ENH IAT | 31.03(f) | First Degree Felony | 25F-005426 | 25A176876 |

**In the Name and by Authority of The STATE of TEXAS:**

BEFORE ME, the undersigned Authority, on this day personally appeared R. Stein, who after being by me duly sworn, on oath deposes and says: That He has good reason to believe and does believe and charged that heretofore, to-wit: on or about March 06, 2025, A.D., and before the making and filing of this Complaint, in the County of Montgomery and State of Texas, **CHRISTOPHER TRE ROBERTS**, the Defendant, did then and there unlawfully appropriate property, to-wit: real property, of the value of $300,000 or more, from Lillene Ebanks, the owner, who was then and there an elderly individual, with intent to deprive the owner of the property,

Affiant, R. Stein, is a certified Texas Peace Officer employed by Montgomery County Sheriff's Office. Based on his/her own investigation and review of Offense Report # 25A176876, Affiant can state the following:

On March 19, 2025, Officer Bymaster of the Roman Forrest Police Department took a report from Lillene Ebanks who is 70 years old, DOB: 04/17/1955, ID by her TX DL 00682153. The complainant stated her niece, Christina Laugere, filed a quick deed claim on her house without her knowledge. The complainant found out about the quick claim deed when an appraiser came to her house. The appraiser stated a mortgage company had sent him to the Woodgreen Terrace. The suspect Laugere was trying to cash out the equity for the house. The complainant stated the house is paid off and is worth approximately $250, 000.

On June 12, 2025 Deputy Robinson took a report from Lilliene Ebanks. Lillene stated that she went to pay her taxes at the Montgomery County Tax office and found that she no longer owned the properties. Lilliene found her two pieces of property had been transferred to her niece, Christian Laugere, and a male, Tre Roberts, she does not know. The tax office provided Lilliene with a copy of 2 Quit Claim Deeds that Lilliene indicated she did not authorize. One property is located in Roman Forest and she has file a report in Roman Forest, RFPD case 25G002840, for



Minute

OCT 0 1 2025

that property and the other is this property. Tax office lady advised the couple came in a few minutes apart and filed the Quit Claim Deeds on the same day.

On June 20, 2025, Affiant with the Montgomery County Sheriff's Office was assigned this case. Affiant spoke with Roman Forest Police Department and had their case referred to Montgomery County Sheriff's Office under Case # 25A233327. The cases were worked under MCSO Case # 25A176876.

The first property involved is listed by Quit Claim Deed by Montgomery County Clerk Document # 2025022380 with a Legal Description of S798706 – PINEWOOD AT GRAND TEXAS 06, BLOCK 2, LOT 11 has an approximate worth of $50,000 per the 2024 Tax Assessment. The address associated with this property is listed as 22342 Curly Maple Dr, New Caney, Tx 77357. The document that was filed states that the Grantor is Lillene Christy Ebanks and the Grantee is Tre Christopher Roberts and it shows as that it was notarized by Sharon Dixon of the Commonwealth of Virginia. The document was signed on March 6, 2025 and was filed on March 10, 2025

The second property that is involved is located at 23764 Woodgreen Terrace, New Caney, TX and had had a Quit Claim Deed filed with the Montgomery County Clerk's Office with Document # 2025022283. The legal description is TAVOLA SEC 25, BLOCK 1, LOT 16 23764 WOODGREEN DR., NEW CANEY, TX 77357. It lists the Grantor as Lillene Ebanks and the Grantee is Christa Laugere. The document was notarized by Sharon Dixon of the Commonwealth or Virginia. The document is dated March 6, 2025 and filed at March 10, 2025.

In reviewing the information about the properties Affiant subpoenaed and received copies of records from the Montgomery County Tax Assessor's Office, The Montgomery County Appraisal District, and the Montgomery County Clerk of Courts. In the Warranty Deeds for both properties they are both notarized by Sharon Dixon. Sharon Dixon is a Notary for the Commonwealth of Virginia.

Affiant spoke to Sharon Dixon and she advised that she does work online through a company that she owns named Executive Notary Pro at the phone number 757-320-0535. Sharon was shown copies that had her notary information affixed to and she stated that the first signature is not hers and pointed out how the bottom of the S in her first name was cut off. Sharon went on to say that this was a forgery due to her seal not being next to her name. Sharon confirmed she notarized a Power of Attorney document for Tre Roberts on May 15, 2024, at 11:35 PM but she did NOT notarize the Quit Claim Deed dated March 6, 2025. She reviewed a copy of the Quit Claim Deed and confirmed that the notarial acknowledgment appears to have been altered, and that her signature has been forged. She had no record in her official notary journal of notarizing a Quit Claim Deed for Tre Roberts. Affiant presented Sharon with the quick claim deed from the Roman Forest address and she stated that she didn't have any records about completing that deed. Sharon also confirmed that her Notary stamp and seal were fraudulent.



Minute

OCT 01 2025

On September 19, 2025, Affiant attempted to make contact with Christina and Tre via telephone calls and in both cases left voicemails for them to contact Affiant about this case. Affiant did make contact with Christina and she stated that her grandmother left her the property, however she didn't know of any wills or probate actions that granted her the property. Christina stated that she did sign the Deed on Woodgreen Terrace Dr. and that Lillene was present. Christina stated that she doesn't know anything about the Deed on Curly Maple or Tre Christopher Roberts. Christina stated that her uncle (Dryl) and her father (Deal) know more about the estate. Affiant contacted Dryl and he stated Lillene was taking care of the estate. Affiant has reached out to Deal and have had no contact.

The value of the property located at 22342 Curly Maple, New Caney, Tx 77357 Property ID # 548471 is $253,617 and the value of the property located at 23764 Wood Green Terrace Dr, New Caney, Tx 77357 Property ID # R485745 Is $226,000 Per the Montgomery County Tax Office. The total loss is $479,617.

Wherefore I believe that probable cause exists to believe that ROBERTS, CHRISTOPHER TRE has committed the felony offense of THEFT PROP >=$150K<$300K ENH IAT. Accordingly, I ask for issuance of a warrant authorizing the arrest and seizure of ROBERTS, CHRISTOPHER TRE for said offense and that he/she be dealt with as the law provides.

**Against the Peace and Dignity of the State.**

[signature]
Affiant

SUBSCRIBED and SWORN to before me by said Affiant on this the 25th day of September, 20 25 and I am an official authorized to administer this oath pursuant to Tex. Gov't Code § 602.002.

Justin Pierce
Printed Name of Peace Officer

[signature] 11776
Signature of Peace Officer



Minute

OCT 0 1 2025

Sworn to and subscribed before me by ______________, a credible person this _____day of ________________, 20____.

_______________________

Assistant District Attorney/Magistrate

BOND RECOMMENDATION: $ 100,000./ Victim is elderly and value of the property

I, the undersigned Magistrate, have examined the facts, statements and charges set out in the above complaint together with the reasons of the Affiant to believe that such charge is true and correct and after receiving evidence and testimony in support of such charge I find that probable cause exists for the issuance of a warrant for the arrest of the above accused.

_______________________
MAGISTRATE, 9th Judicial District
Montgomery County, Texas

DATE: 09/30/25

J. WALKER
PRINTED NAME OF MAGISTRATE

Upon issuance of warrant, to be assigned to the _______District Court.

Warrant # ______________ Date Issued: ____________________

Bond Amount $ 50,000.—



Minute

OCT 01 2025