# CAPIAS ON INDICTMENT

**Cause Number 26-03-05426**

**To any Peace Officer of the State of Texas, Greetings:**

**YOU ARE HEREBY COMMANDED TO ARREST:**

**CHRISTOPHER TRE ROBERTS**
**1201 N CATALINA AVE**
**#3163**
**REDONDO BEACH CA 90277**

and bring him/her forthwith before the Honorable 9th Judicial District Court of Montgomery County, Texas, at the Court House thereof, in the City of Conroe, then and there to answer the State of Texas upon an Indictment pending in said Court charging him/her within the offense
of: FORGERY FINANCIAL INSTR >=$150K<$300K ENH IAT in violation of the Penal Laws of said State.

**HEREIN FAIL NOT**, but of this writ then and there make due return showing how you have executed the same.

**WITNESS** my hand and seal of office on this the 1st day of April, 2026

Melisa Miller, District Clerk
Montgomery County, Texas
By:____________ f/c user: JF ______
Deputy Issued 04/01/2026 12:57:34

Bond Set at: $100,000
Date Bond Set: April 01, 2026

By Judge: Honorable Lisa Michalk, Sitting As
9th Judicial District Court

**OFFICER'S RETURN**

Came to hand the ____ day of ___________, 20___, at the ________o'clock __.M.
Executed at ______________________ within the County of _____________________ at _______o'clock___.M., on the ___ day of __________, 20___, by delivering to the within named _____________________, in person. The distance actually traveled by me in serving such process was _____ miles, and my fees are as follows:

For serving this WRIT ……………………………..___________ Sheriff Account No. __________
For mileage ……………………………………………..___________
Total Fees ……………………………………………..___________

**TO CERTIFY WHICH WITNESS MY HAND OFFICILALLY.**

_______________________ Sheriff/Constable
_______________________ County, Texas
By:_____________________ Deputy.