United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TRE CHRISTOPHER ROBERTS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-1389 |
| | § | |
| MONTGOMERY COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On March 18, 2026, this case was referred to United States Magistrate Judge Christina A. Bryan for all pretrial purposes. (Dkt. 34). Judge Bryan filed a Memorandum and Recommendation on April 28, 2026 recommending that Plaintiff's motion for a temporary restraining order and a preliminary injunction be denied. (Dkt. 71).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Bryan's Memorandum and Recommendation (Dkt. 71) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

2

(2)   Plaintiff's motion for a temporary restraining order and a preliminary injunction (Dkt. 9) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on May 13, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2