United States District Court
Southern District of Texas
ENTERED
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TRE CHRISTOPHER ROBERTS, *Plaintiff,* | § | |
| V. | § | CIVIL ACTION NO. 4:26-CV-1389 |
| MONTGOMERY COUNTY, ET AL., *Defendants.* | § | |

**ORDER**

Plaintiff, pro se, filed a Complaint on February 20, 2026 asserting civil rights violations against Montgomery County and individual officers related to an arrest warrant for felony theft.[1] ECF 1. The case is currently set for an Initial Pretrial Conference on May 28, 2026. ECF 4. On May 4, 2026, Defendants filed a Motion to Dismiss asserting multiple grounds for dismissal of this case, including prosecutorial immunity, qualified immunity, the *Younger* abstention doctrine, and failure to plead municipal liability under *Monell*. ECF 76. Plaintiff recently filed a change of address confirming he is currently incarcerated in the Montgomery County Jail. ECF 91. It is therefore

ORDERED that the May 28, 2026 Initial Pretrial Conference is CANCELED.

[1] The District Judge referred the case to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 34.

It is further

ORDERED that this case is STAYED pending a ruling on Defendants' Motion to Dismiss.

Signed on May 14, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge